SEALED
FILED

JUL 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2766

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CR. NO. 2:12-CR-00258 MCE
                                    )
                  Plaintiff,        )   ORDER TO SEAL
        v.                          )   (UNDER SEAL)
                                    )
WILLIAM E. BROCK, IV, and           )
WILLIAM C. CALVERT,                 )
                                    )
                  Defendants.       )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 7/19/12

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1