**SEALED** **FILED**

JUL 1 9 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:12 - CR 0 0 2 5 8 MCE |
| SEALED, | ) | |
| Defendant. | ) | |

### SEALING ORDER

Upon Petition of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendants or until further order the Court.

DATED: 7/19/12

_____
CAROLYN K. DELANEY
United States Magistrate Judge