1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD A. PICKLES
    Assistant United States Attorneys
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for UNITED STATES OF AMERICA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:12-cr-00258 MCE

12                    Plaintiff,           **REQUEST FOR UNSEALING OF**
                                           **INDICTMENT AND ORDER**
13  v.

14  WILLIAM E. BROCK, IV, and
    WILLIAM C. CALVERT,
15
                      Defendants.
16

17
          TO THE HONORABLE GREGORY G. HOLLOWS, UNITED STATES MAGISTRATE
18
    JUDGE:
19
          COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of
20
    California, to petition this Court and respectfully represent:
21
          1.      On July 19, 2012, the Honorable Carolyn K. Delaney issued an order sealing the
22
    Indictment in the above-referenced case until the arrest of the defendants or further order of the
23
    Court.
24
          2.      As of today, July 26, 2012, agents of the United States have arrested defendant
25
    William E. Brock, IV.  Additionally, defendant William C. Calvert has agreed to voluntarily
26
    surrender to the United States Marshals on July 31, 2012.  It is now necessary to unseal the
27
    indictment so that the defendants may be fully apprised of the charges against them.
28

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated:  July 26, 2012                                    Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

                                        By:     /s/ Todd A. Pickles
                                                TODD A. PICKLES
                                                Assistant U.S. Attorney

Petition to Unseal Indictment and [Proposed] Order

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for UNITED STATES OF AMERICA

7

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:12-cr-00258 MCE
12                     Plaintiff,          **ORDER UNSEALING
                                           INDICTMENT**
13 v.

14
   WILLIAM E. BROCK, IV, and
15 WILLIAM C. CALVERT,

16                     Defendants.

17 _____

18        The Court hereby orders that the Indictment in Case No. 2:12-cr-00258 MCE, as well as the

19 Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part

20 of the public record.

21 DATED: July 26, 2012

22                                    /s/ Gregory G. Hollows
                                     _____
23                                   HON. GREGORY G. HOLLOWS
                                     United States Magistrate Judge

24

25

26

27

28