SARA ZALKIN, CSBN 223044
506 Broadway
San Francisco, CA 94133
Tel: 415-986-5591
Fax: 415-421-1331
sara@pier5law.com
Attorney for Defendant
WILLIAM BROCK, IV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM BROCK, et al.,<br><br>　　　　Defendant.<br>_____/ | NO. 2:12-cr-00258 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

Defendant William Brock, IV, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on January 24, 2013.

2. By this stipulation, defendant now moves to continue the status conference, and to set instead, a hearing date of May 9, 2013 at 9:00 a.m., and to exclude time between January 24, 2013 and May 9, 2013 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

///

///

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1      a. Although discovery is still ongoing, the parties have
2 worked together informally and in the interests of judicial
3 economy to resolve the vast number of items requested, without
4 resort to Rule 17 of the Federal Rules of Criminal Procedure.
5      b. Counsel for Mr. Brock are actively engaged in the
6 preparation of a formal motion to suppress (and request for
7 evidentiary hearing), and a motion regarding the informant(s).
8      c. The parties jointly propose and request that the Court
9 set a hearing date of May 9, 2013, and order that motions to be
10 heard on that date be filed no later than February 4, 2013; that
11 any memoranda in opposition be filed no later than March 25,
12 2013; and replies, if any, no later than April 15, 2013.
13      d. May 9, 2013 is the earliest date that all parties and
14 the Court are available, due to trial schedules.
15      e. Counsel for defendant Brock believes that the failure
16 to grant the above-requested continuance would deny her the
17 reasonable time necessary for effective preparation, taking into
18 account the exercise of due diligence.
19      f. The United States does not object to the continuance,
20 and all parties are in agreement.
21      g. Based on the above-stated findings, the ends of justice
22 served by continuing the case, as requested, outweigh the
23 interest of the public and the defendant in a trial within the
24 original date prescribed by the Speedy Trial Act.
25 ///
26 ///
27 ///
28 ///

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

h. For the purpose of computing time under the Speedy Trial Act (18 U.S.C. § 3161, et seq.), within which the trial must commence, the time period of January 24, 2013 to May 9, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendant's request, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 16, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/TODD A. PICKLES
By: TODD A. PICKLES
AUSA

Dated: January 16, 2013  SARA ZALKIN

/s/SARA ZALKIN
Attorney for Defendant
WILLIAM BROCK, IV

Dated: January 16, 2013  MICHAEL ETTINGER

/s/MICHAEL ETTINGER
Attorney for Defendant
WILLIAM BROCK, IV
*Pro Hac Vice*

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

Dated: January 16, 2013        LINDA PARISI

/s/PARISI
Attorney for Defendant
CHAD CALVERT

**ORDER**

At the request of the parties, and good cause appearing, IT IS SO FOUND AND ORDERED.

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331