BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00258 MCE |
|---|---|
| Plaintiff, | **REQUEST TO FILE SUR-REPLY TO DEFENDANT CALVERT'S REPLY; ORDER** |
| v. | |
| WILLIAM BROCK, and WILLIAM CALVERT, | |
| Defendants. | |

The United States of America hereby requests leave of Court to file a sur-reply to Defendant William Calvert's Reply to the Government [Dckt. No. 53], a true and correct copy of the sur-reply is attached hereto. By previous order, any motions to suppress were due on February 4, 2013, with the opposition by the United States due on March 25, 2013, and replies, if any, on April 15, 2013 [Dckt. 41]. The date set for a hearing on motions is May 9, 2013.

On January 31, 2013, defendant William Brock filed his motion to quash and to suppress [Dckt. No. 42-5]. The parties stipulated to Brock filing his second motion to suppress, styled motion to traverse and to suppress, by February 11, 2013 [Dckt. No. 48]. On that date, Brock filed his motion to traverse [Dckt. No. 46]. The same day, defendant Calvert filed a Motion to Traverse and Suppress that identified Brock's motion to traverse and indicated Calvert's intention to "join in the aforementioned Motion and the Points and Authorities filed in support thereof." [Dckt. No. 45.] No additional argument was presented by Calvert in his motion.

1

| | |
|---|---|
| 1 | The United States filed its opposition to Brock's motions to suppress on March 25, 2013 |
| 2 | [Dckt. No. 49]. Therein, the United States noted that Calvert had not raised any separate arguments |
| 3 | relating to the search of his van pursuant to a search warrant issued by the California Superior Court. |
| 4 | Thereafter, on April 12, 2013, Brock filed his reply brief [Dckt. No. 52], and on April 15, 2013, |
| 5 | Calvert filed a separate eight-page reply brief [Dckt. No. 53]. In his reply, Calvert makes substantial |
| 6 | new argument about the search of his van that was not included in Brock's motion in which Calvert |
| 7 | joined. Because Calvert raises new arguments in reply, and because the United States has not had the |
| 8 | opportunity to respond to these arguments, the United States respectfully requests leave of Court to |
| 9 | file a sur-reply. The United States reserves the right to make further arguments at the hearing on May |
| 10 | 9, 2013, as permitted by the Court. |

Respectfully submitted,

DATED: April 24, 2013  BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

For the United States of America

**ORDER**

For the reasons stated above, and for good cause showing, the United States's Request to File Sur-Reply to Defendant Calvert's Reply to Government is GRANTED. The United States is permitted to file its Sur-Reply, a copy of which was attached to its Request.

IT IS SO ORDERED.

DATED: April 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT