SARA ZALKIN, CSBN 223044
506 Broadway
San Francisco, CA 94133
Tel: 415-986-5591
Fax: 415-421-1331
sara@pier5law.com

Attorney for Defendant
WILLIAM BROCK, IV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM BROCK and<br>CHAD C. CALVERT,<br><br>    Defendants.<br>_____/ | NO. 2:12-cr-00258 MCE<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

Defendants William Brock, IV, and Chad C. Calvert, by and through their respective counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

    1. By previous order of July 18, 2013, this matter was set for status conference on August 15, 2013.

    2. By this stipulation, defendants now move to continue the status conference, and to set instead, a hearing date of September 5, 2013 at 9:00 a.m., for change of plea or trial setting, and to exclude time between August 15, 2013 and September 5, 2013 under Local Code T4. The United States does not oppose this request.

    3. The parties agree and stipulate, and request that the Court find the following:

1

a. On July 18, 2013 the Court denied the defense motions to suppress.

b. As the Court anticipated, the defendants intend to seek review of the order denying said motions, by way of a conditional plea.

c. On information and belief, the government is preparing a conditional plea agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure, which it will tender to each defendant, through counsel, this week.

d. Therefore, the parties jointly propose and request that the Court set a hearing date of September 5, 2013, for an anticipated conditional plea, or in the alternative, trial setting.

e. Since the parties require time to review and discuss the proposed plea agreement with their clients, and review pertinent discovery in connection therewith, counsel for defendant Brock and counsel for defendant Calvert believe that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f. The United States does not object to the continuance, and all parties are in agreement.

g. Based on the above-stated findings, the ends of justice served by continuing the case, as requested, outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act (18 U.S.C. § 3161, et seq.), within which the trial

must commence, the time period of August 15, 2013 to September 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at the defendants' request, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 13, 2013       BENJAMIN B. WAGNER
                             United States Attorney

                             /s/TODD A. PICKLES
                         By: TODD A. PICKLES
                             AUSA


Dated: August 13, 2013       SARA ZALKIN

                             /s/SARA ZALKIN
                             Attorney for Defendant
                             WILLIAM BROCK, IV


Dated: August 13, 2013       MICHAEL ETTINGER

                             /s/MICHAEL ETTINGER
                             Attorney for Defendant
                             WILLIAM BROCK, IV
                             *Pro Hac Vice*


Dated: August 13, 2013       LINDA PARISI

                             /s/PARISI
                             Attorney for Defendant
                             CHAD CALVERT

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

**ORDER**

At the request of the parties, and good cause appearing, the requested continuance is GRANTED. The status conference currently scheduled for August 15, 2013, is vacated and continued to **September 5, 2013 at 9:00 a.m.** in Courtroom 7. The time period between August 15, 2013 and September 5, 2013 is excluded under Local Code T4. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Date: August 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT