LAW OFFICES OF
WING & PARISI
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEYS FOR: Calvert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM CALVERT,

    Defendant,

Case No. 2:12-cr-258 MCE

STIPULATION AND ORDER TO SET A NEW SENTENCING DATE AND SCHEDULE

It is the desire of all parties to continue the Judgement and Sentencing date now set for December 19, 2013 to February 13, 2014.

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Todd A.Pickles , and defendant WILLIAM CALVERT, by his attorney, Linda M. Parisi, and United States Probation Officer Lisa Hage hereby stipulate and agree to the following suggested schedule for the preparation of the Presentence Report and Judgment and Sentencing :

    Judgment and Sentencing Date    February 13, 2014

    Reply, if any    February 7, 2014

/ / /

1

| | |
|---|---|
| Corrections | <u>January 30, 2014</u> |
| Final Report | <u>January 16, 2014</u> |
| Formal Objections | <u>January 2, 2014</u> |
| Preparation of Presentence/Report | <u>December 12, 2013</u> |

All parties agree to the aforementioned schedule since Mr. Calvert was not yet interviewed by the United States Probation Officer as a result of a mix-up in the notification and scheduling of an interview.

This schedule has been discussed and accepted by US Attorney Todd Pickles, counsel for Mr. Calvert and the United States Probation Officer Lisa Hage and none of the parties have opposition to the suggested schedule.

Dated: October 31, 2013

Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for William Calvert


/s/ Todd Pickles by e-mail authorization
_____
Todd Pickles
Assistant U.S. Attorney
Todd.Pickles@usdoj.gov

LAW OFFICES OF
WING & PARISI
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEYS FOR: Calvert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 2:12-cr-258 MCE |
| v. | **ORDER** |
| WILLIAM CALVERT, | |
| Defendant, | |

IT IS ORDERED THAT: the presentence Report and Judgment and Sentencing schedule and date be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date | February 13, 2014 |
| Reply, if any | February 7, 2014 |
| Corrections | January 30, 2014 |

| | | |
|---|---|---|
| Final Report | | January 16, 2014 |
| Formal Objections | | January 2, 2014 |
| Preparation of Presentence report | | December 12, 2013 |

Dated: October 31, 2013

_____
MORRISON C. ENGLAND, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT