LAW OFFICES OF
WING & PARISI
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEYS FOR: Calvert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM CALVERT,<br>        Defendant, | Case No. 2:12-cr-258 MCE<br><br>STIPULATION AND ORDER TO SET A NEW SENTENCING DATE AND SCHEDULE |

    The probation Report has not yet been prepared. As a result, it is the desire of all parties to continue the Judgement and Sentencing date now set for February 13, 2014 to April 10, 2014.

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Todd A. Pickles, and defendant WILLIAM CALVERT, by his attorney, Linda M. Parisi, and United States Probation Officer Lisa Hage hereby stipulate and agree to the following suggested schedule for the preparation of the Presentence Report and Judgment and Sentencing :

    Judgment and Sentencing Date                    April 10, 2014

| | |
|---|---|
| Reply, if any | April 3, 2014 |
| Corrections | March 27, 2014 |
| Final Report | March 13, 2014 |
| Formal Objections | February 27, 2014 |
| Preparation of Presentence/Report | February 6, 2014 |

All parties agree to the aforementioned schedule since We have not yet received the Probation Report from the United States Probation Officer.

This schedule has been discussed and accepted by US Attorney Todd Pickles, counsel for Mr. Calvert and the United States Probation Officer Lisa Hage and none of the parties have opposition to the suggested schedule.

Dated: January 10, 2014

Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for William Calvert


/s/ Todd Pickles by e-mail authorization
_____
Todd Pickles
Assistant U.S. Attorney
Todd.Pickles@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM CALVERT,<br>　　　　　Defendant, | Case No. 2:12-cr-0258 MCE<br><br>**ORDER** |

The Presentence Report and Judgment and Sentencing schedule is hereby modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date | April 10, 2014 |
| Reply, if any | April 3, 2014 |
| Corrections | March 27, 2014 |
| Final Report | March 13, 2014 |

///

///

///

LAW OFFICES OF
WING & PARISI, A.P.C.
SACRAMENTO, CA.

| | | |
|---|---|---|
| 1 | Formal Objections | February 27, 2014 |
| 2 | Preparation of Presentence/Report | February 6, 2014 |

IT IS SO ORDERED.

Dated: January 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT