LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

ATTORNEYS FOR: Calvert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>    v.<br><br>WILLIAM CALVERT,<br>                    Defendant. | Case No. 2:12-cr-258 MCE<br><br>STIPULATION AND ORDER TO SET A NEW SENTENCING DATE AND SCHEDULE |

The probation Report has not yet been prepared.  As a result, it is the desire of

all parties to continue the Judgement and Sentencing date now set for  April 10, 2014

to August 28, 2014.

Plaintiff,  United States of America, by its counsel, Assistant United States

Attorney Todd  A.Pickles , and defendant  WILLIAM CALVERT, by his attorney,

Linda M. Parisi, and United States Probation Officer Lisa Hage hereby stipulate and

agree to the following suggested schedule for the preparation of the Presentence

Report and Judgment and Sentencing :

    Judgment and Sentencing Date                              August 28, 2014

/ / /

1

| | |
|---|---|
| Reply, if any | August 14, 2014 |
| Corrections | August 1, 2014 |
| Final Report | July 17, 2014 |
| Formal Objections | July 10, 2014 |
| Preparation of Presentence/Report | July 3, 2014 |

All parties agree to the aforementioned schedule since We have not yet received the Probation Report from the United States Probation Officer.

This schedule has been discussed and accepted by US Attorney Todd Pickles, counsel for Mr. Calvert and the United States Probation Officer Lisa Hage and none of the parties have opposition to the suggested schedule.

Dated: March 31, 2014

Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization

_____
Linda M. Parisi
Attorney for William Calvert

/s/ Todd Pickles by e-mail authorization

_____
Todd Pickles
Assistant U.S. Attorney
Todd.Pickles@usdoj.gov

1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  1101 E Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:  (916) 441-1575
4  Email: linda@wingparisilaw.com

5  ATTORNEYS FOR: Calvert

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA

11                        Plaintiff,          Case No. 2:12-cr-258 MCE

12     v.                                     **ORDER**

13

14  WILLIAM CALVERT,
                          Defendant,

15

16

17

         IT IS ORDERED THAT: the  presentence Report and Judgment and Sentencing
18

19  schedule and date be modified, as follows:

20
         Judgment and Sentencing Date                    August 28, 2014
21
         Reply or statement of non-opposition            August 14, 2014
22

23       Motion for correction of the Pre−Sentence
         Report shall be filed with the court and
24       served on the Probation Officer and
25       opposing counsel no later than:                 August 1, 2014

26       The Pre−Sentence Report shall be filed with
27       the court and disclosed to counsel no later
         than:                                           July 17, 2014
28

/ / /

Counsel's written objections to the Pre−
Sentence Report shall be delivered to the
Probation Officer and opposing counsel no
later than:                                                July 10, 2014

The Proposed Pre−Sentence Report shall be
disclosed to counsel no later than:                        July 3, 2014

    The Clerk of the Court shall transmit a copy of this Order to the United States
Probation Office, Attention: Officer Lisa Hage.

    IT IS SO ORDERED.

Dated:  April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

/ / /

LAW OFFICES OF
WING & PARISI, A.P.C.
SACRAMENTO, CA.