UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00258-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM C. CALVERT, | |
| Defendant. | |

The Court has reviewed Defendant's Motion for Reconsideration to Entertain Reply (ECF No. 220). That request is GRANTED to the extent the Court has reviewed Defendant's additional arguments. However, the Court nonetheless AFFIRMS its denial of Defendant's Motion for Early Termination of Supervised Release (ECF No. 212) for the reasons previously stated (ECF No. 220).

IT IS SO ORDERED.

Dated: July 23, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1